BEFORE THE SECOND DIVISION, JANUARY 18, 1946

**No. 50822.**—Protests 933185–G, etc., of Accurate Millinery Co. et al. (New York).

Opinion by Tilson, J. The record showed that certain items of the merchandise consist of hats or hoods of ramie and cellophane similar in all material respects to those the subject of Abstract 47291. Upon the established facts and following the authority cited the merchandise in question was held dutiable as claimed.